

# THE THIRTEENTH COURT OF APPEALS

13-12-00331-CV

HENRY SCOTT BAKER
v.
REGENCY NURSING AND REHABILITATION CENTERS, INC., PORT LAVACA
NURSING AND REHABILITATION CENTER, INC., REGENCY NURSING CENTER
PARTNERS OF PORT LAVACA, LTD., TIMOTHY MCFARLAND, M.D., AND DON
PAUL BUNNELL, M.D.

On Appeal from the
24th District Court of Calhoun County, Texas
Trial Cause No. 11-8-1407

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

October 24, 2013